# 638    APPELLATE COURTS OF ILLINOIS.

William E. Young et al., appellants, v. Emma Smith et al., appellees.

Bill to have deed declared a mortgage. Dismissed for want of equity. Appeal from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918. Rehearing denied and opinion modified October 2, 1918.

S. S. Duhamel, for appellants. Marion Watson, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

George E. Clark, plaintiff in error, v. Directors of School District No. 38, Cass County, Illinois, defendants in error.

Action by a school-teacher to recover salary after discharge before expiration of term. Judgment for defendants. Error to the Circuit Court of Cass county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

Hardin W. Masters, for plaintiff in error. Lloyd M. McClure, for defendants in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Orvil F. Hopper, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.

Action to recover for personal injuries sustained in collision between an automobile and a switch engine. Judgment for plaintiff for $1,184. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1917. Reversed with finding of fact. Opinion filed July 15, 1918. Rehearing denied October 2, 1918.

George B. Gillespie, for appellant; Rearick & Meeks and F. L. Littleton, of counsel. A. B. Dennis and Acton & Acton, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Joseph Schingel, Jr., appellant, v. M. S. Plaut and A. E. Plaut, executors of last will and testament of S. Plaut, deceased, appellees.

Assumpsit to recover balance due upon a building contract. Judgment against plaintiff on sustaining special demurrer to amended special count. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed July 15, 1918.

F. L. Draper and C. R. Shannon, for appellant. Swallow & Bookwalter, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Dollie Smith, appellee, v. Peter Jacobs et al., trustees of Firemen's Pension Fund of City of Springfield, Illinois, appellants.

Mandamus to compel payment of pension for death of fireman from typhoid fever claimed to have been contracted while occupying engine house. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

Roy M. Seeley, for appellants. A. M. Fitzgerald, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.